**United States District Court**
**Eastern District of Missouri**
**Eastern Division**

| | |
|---|---|
| STEVEN PETERSON and LUCILLE PETERSON,<br>Plaintiffs,<br>v.<br>DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; and TOMICH LAW FIRM, LLC,<br>Defendants. | Case No. 4:26-cv-00537-JSD |

**Proposed Order on Limited Sealing**

Upon consideration of Plaintiff's motion for limited sealing and supporting memorandum, IT IS ORDERED that the Clerk shall maintain under seal the complete May 13, 2019 engagement recording designated as Exhibit 2, the four identified April 3, 2020 police-response recordings designated as Exhibit 12, the March 13, 2020 recording designated as Exhibit 16, and the selected December 8, 2022 deposition material designated as Exhibit 15.

The restriction does not seal the complaint, reply, public exhibit index, or other public exhibits. Plaintiff shall serve Defendants with the restricted materials by the authorized means. The Clerk shall receive the audio and video through the physical-media procedure, with the corresponding Notice of Exhibit Filing and inventory.

The materials shall remain restricted through ninety days after final disposition, subject to further order and Local Rule 13.05(B)(2). Personal identifiers required by law to remain protected shall retain that protection unless otherwise ordered. Any request for broader or continued restriction must comply with Local Rule 13.05. Nothing in this Order determines admissibility or the merits of any claim.

SO ORDERED.

________________________________
United States Magistrate Judge
Date: __________________