UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON and LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-00537-JSD |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; and TOMICH LAW FIRM, LLC, | ) | |
| Defendants. | ) | |

**Declaration of Lucille Peterson Supporting Rule 6 Motion**

1 The separately supplied Exhibit A contains selected September 18 correspondence from the shared Peterson account and identifies the preserved source printouts. This declaration is supplied unsigned. It must not be executed until Lucille has reviewed the shared account's September 2026 history herself, including whether any reply to the September 18 inquiry arrived before the September 22 deadline. The statement that no answer was received cannot be inferred from the selected correspondence alone.

2 I, Lucille Peterson, declare under penalty of perjury under 28 U.S.C. § 1746: I reviewed the September 18 correspondence reproduced in Exhibit A from our shared account, and it accurately reproduces the identified passages. At the time of the September 22 deadline, I did not understand that a separate public-redaction submission or specific restricted explanation of inability was due under Local Rule 13.05(A)(4)(c). Our September 18 inquiry asked about submitting protected audio and video. I received no answer to that inquiry before the deadline and waited for guidance rather than completing the separate step. I do not claim the Clerk told me the deadline was extended or that the inquiry suspended it. I make the foregoing statements from my own knowledge and review of the shared account records.

Executed on 10/16/2026 at Gainesville, FL.

Lucille Peterson
4600 SW 34th Street, Box 141041, Gainesville, FL 32614
Telephone: 314-995-8786 | Email: spetersonandlpeterson@gmail.com