UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON and LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-00537-JSD |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEBORAH JEAN TOMICH DAIBER; | ) | |
| JANE ELLEN TOMICH; and | ) | |
| TOMICH LAW FIRM, LLC, | ) | |
| Defendants. | ) | |

**Exhibit A - Selected September 18, 2026 Clerk Correspondence**

1 Selected reproductions from the preserved three-page PDF "EMAIL SRL Filings 2026-09-18.pdf" and the three-page receipt-acknowledgement PDF in 00 CASE CONTROL/@@2026-10-16 Filings/Research. Complete source printouts are preserved. These excerpts omit unrelated signatures, phone numbers, filing lists and email routing. They are not native-email authentication or proof no later response existed.

2 September 18, 2026, 10:02 a.m. - MOED_SRL_Filings to the shared Peterson account, responding to the earlier filing email: "You refer to 'Attached are signed

02 Motion for Leave to Substitute and Exhibit Directions.pdf' however, we do not believe that document 02 Motion for Leave to Substitute is attached herein." The message asks that it be sent and states, "Please send the document and we will file it along with the attached documents to that motion." Source printout p. 1. Nested quotation marks have been changed solely to distinguish the quoted title.

3 September 18, 2026, 10:28 a.m. - shared Peterson account to MOED_SRL_Filings: "Thank you for your note. Attached please find the 02 Motion for Leave to Substitute and Exhibit Directions. Will the filing date be preserved?" Separately: "what is the process for submitting protected, audio, and video filings? They were prepared for delivery via USPS, but that will take a while." Source printout p. 1. These are separately selected passages; the intervening word "Separately" introduces the second question in the original.

4 Chronology: The 10:02 a.m. acknowledgement preceded the 10:28 a.m. protected-material inquiry. It neither answers that later inquiry nor grants an extension. The printout shows that an inquiry was sent; the complete account history and the declarant's knowledge are necessary for a no-response assertion. No Clerk misadvice is asserted.