UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON and LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-00537-JSD |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; and TOMICH LAW FIRM, LLC, | ) | |
| Defendants. | ) | |

**Proposed Order on Limited Procedural Cure**

1 Upon consideration of Lucille Peterson's Rule 6(b)(1)(B) motion and supporting memorandum, IT IS ORDERED that the Clerk shall report to the Court and notify the parties within seven days concerning receipt and processing of the claimed September restricted memorandum, selected deposition Exhibit 15, notice, Court USB and inventory associated with ECF 35. The report shall identify any missing required submission and the authorized restricted or physical-media route. This direction does not find that every claimed enclosure was received or filed under seal.

2 IT IS FURTHER ORDERED, the Court having considered the Rule 6(b)(1)(B) factors and found excusable neglect, that any expired Local Rule 13.05(A)(4)(b)(i)-(ii) and (c) submission deadlines are enlarged until seven days after the written notice under this Order identifying missing items and the permitted route. Plaintiff may tender any missing sealed supporting memorandum and complete subject items, together with required public redactions or a specific sealed inability explanation, within that period. This enlargement is entered on the finding made above and is not conditioned on a finding to be made later; if the Court declines to find excusable neglect, the foregoing enlargement does not take effect and ECF 32 is denied without prejudice to a compliant renewed request. ECF 32 is otherwise held in abeyance pending the directed submission. Defendants may respond as the Court directs. This Order grants no extension of ECF 34's October 16 reply deadline.

3 The Court's existing protection of residential addresses in ECF 5 remains in effect. This procedural Order does not grant a permanent or categorical seal of the materials at issue, determine that any previously mailed enclosure was docketed under seal, or decide admissibility or the merits. Material already maintained under restriction shall not be publicly released before the Court decides the access request and any applicable stay and withdrawal period under Local Rule 13.05(A)(4)(g) expires.

SO ORDERED.

________________________________________

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE
Date: __________________________