UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON and LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-00537-JSD |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; and TOMICH LAW FIRM, LLC, | ) | |
| Defendants. | ) | |

**Historical Physical-Media Inventory for Identification**

1 The following identifiers reproduce the inventory filed at ECF 33-7 and reflected in ECF 35. They identify the previously designated source files. This is not a representation of a new hash calculation, new USB creation, new mailing, proof of service, or restricted docket acceptance. The original inventory and media remain preserved.

**Exhibit 2: Recording of May 13 2019 Engagement Meeting.mp3**

2 File size: 53,122,653 bytes.

3 SHA-256:

292c80e60aac586f425da9c93d156105ab406443a809b740c96513a33b789537

4 Exhibit 12: 03 AXON Body 2 Video 1106 Officer 2 at ARBB 2020-04-03.mp4

5 File size: 743,006,607 bytes.

6 SHA-256:

4bcb00a5617c879b9f3381f3002ef6951d7201d5b8af66c7783f5164ca06d323

**Exhibit 12: 17.52 X81051349 2020-04-03.mp4**

7 File size: 302,090,227 bytes.

8 SHA-256:

2cbb99a7222b2c4c1dae9cf8b2d5ccaeb519c114e10ee416e98fa2e82782e08c

**Exhibit 12: 17.52 X81063904 2020-04-03.mp4**

9 File size: 386,731,102 bytes.

10 SHA-256:

3303499da901b5482c5b3666ed6b586e1328b489692ad9f2a987cf4e5a439dff

**Exhibit 12: AXON Body 2 Video 1133 2020-04-03.mp4**

11 File size: 1,854,362,604 bytes.

12 SHA-256:

6b49a7c5ccf417404fbf8e80f0a172b5a3169c3343c1d64bd0187ed935d66ced

**Exhibit 16: March 13 2020 transport recording.mp4**

13 File size: 9,816,107 bytes.

14 SHA-256: ac74a46a8daa5478ef920aef390160df6338cc8a31ef1fa4fc516b62c6c50efb

15 Total as stated in the historical inventory: six files, 3,349,129,300 bytes. Before any directed resubmission, compare filenames, byte counts and hashes to the actual physical copy. Use the Court's notice and permitted physical-media procedure; do not attach non-PDF media to a general filing email.

Respectfully submitted,

Lucille Peterson, self-represented, solely for herself
4600 SW 34th Street, Box 141041, Gainesville, FL 32614
Telephone: 314-995-8786
Email: spetersonandlpeterson@gmail.com
Date: 10/16/2026

Certificate of Service

I certify that on 10/16/2026, I served a true copy of this document and its attachments by United States mail, first-class postage prepaid, on Peter J. Dunne, Pitzer Snodgrass, P.C., 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102-1821, attorney for Defendants.

Lucille Peterson, self-represented, solely for herself
4600 SW 34th Street, Box 141041, Gainesville, FL 32614
Telephone: 314-995-8786
Email: spetersonandlpeterson@gmail.com