UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON and LUCILLE PETERSON, Plaintiffs, | ) | Case No. 4:26-cv-00537-JSD |
| v. | ) | JURY TRIAL DEMANDED |
| DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; and TOMICH LAW FIRM, LLC, Defendants. | ) | |

**Supplemental Correction to Amended Disclosure Statement**

Steven Peterson, solely for himself, supplements ECF 10 under Rule 7.1 and Local Rule 2.09 to correct the additional Firm-ownership information in the earlier statement. The earlier statement described Deborah Jean Tomich Daiber as the sole or managing member of Tomich Law Firm, LLC. The Firm's filed disclosure at ECF 22, PageID 203, identifies Jane Ellen Tomich as its sole member and a Missouri citizen. This supplemental correction identifies that record source; it does not assert independent knowledge of all historical ownership or substitute the Firm's formation or practice location for its members' citizenship.

1 Steven Peterson is a natural person and a citizen of Florida, as stated in the prior amended disclosure. No other individual's or entity's citizenship is attributed to him for purposes of Rule 7.1(a)(2). This statement does not itself drop any party or amend the complaint; those requests await a Court order.

Respectfully submitted,

______________________________________

Steven Peterson, self-represented, solely for himself
4600 SW 34th Street, Box 141041, Gainesville, FL 32614
Telephone: 314-279-4600
Email: spetersonandlpeterson@gmail.com

Date: 10/16/2026

Certificate of Service

I certify that on 10/16/2026, I served a true copy of this document and its attachments by United States mail, first-class postage prepaid, on Peter J. Dunne, Pitzer Snodgrass, P.C., 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102-1821, attorney for Defendants.

______________________________________

Steven Peterson, self-represented, solely for himself
4600 SW 34th Street, Box 141041, Gainesville, FL 32614
Telephone: 314-279-4600
Email: spetersonandlpeterson@gmail.com