UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN PETERSON AND LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Cause No: 4:26-cv-00537-JSD |
| DEBORAH JEAN TOMICH DAIBER; JANE ELLEN TOMICH; AND TOMICH LAW FIRM, LLC | ) | |
| Defendants. | ) | |

# *DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF LUCILLE PETERSON'S MOTION FOR EXTENSION TO CURE LOCAL RULE 13.05 SUBMISSION*

COME NOW Defendants, Deborah Jean Tomich Daiber, Jane Ellen Tomich, and Tomich Law Firm, LLC (the "Tomich Defendants"), by and through its undersigned counsel, and for their Memorandum in Opposition to Plaintiff Lucille Peterson's Motion for Extension to Cure Local Rule 13.05 Submission, state as follows:

1. Plaintiff Lucille Peterson has moved the court for an Extension to Cure Local Rule 13.05 submission. Defendants oppose this request and this motion.

2. Plaintiff's request should be denied for all the reasons set out in the Defendants' pending motions.

3. As it relates to the possible claims of Plaintiff Steven Peterson, all of Mr. Peterson's claims are barred by the five-year statute of limitations.

4. Further, none of the claims asserted by Plaintiff Steven Peterson state a cause of action or a claim upon which relief can be granted against any Defendant.

5. As in Defendants' Memorandum in Support of their Motion to Dismiss Plaintiffs' Proposed Amended Complaint, the claims in the Proposed Amended Complaint against Defendants should be dismissed with prejudice on the grounds that Plaintiffs fail to properly invoke subject matter jurisdiction, are time barred and fail to state any claims upon which relief may be granted against the Defendants.

6. As to the claims of Plaintiff Lucille Peterson, and the pending Motion for Extension to Cure Local Rule 13.05 submission, the claims in the Proposed Amended Complaint should be dismissed as requested in Defendant's Motion and Memorandum. As to the pending Motion for Extension, it should be denied on grounds of futility.

7. Nothing in the Proposed Motion for Extension, and none of the exhibits attached to the Motion and requested to be received by the Court, have any legal effect on the right of Defendants to dismissal of all of the pending claims and the right of Defendants to dismissal from (or denial of leave to file) the Proposed Amended Complaint.

8. The Plaintiffs' additional exhibits and allegations do not have any consequence on the issues previously briefed and do nothing but demonstrate the futility of Plaintiffs' arguments.

9. None of the defects in the pending Complaint, the Proposed Amended Complaint, and the supplemental exhibits are cured by these filings. Plaintiff Lucille Peterson fails to allege any concrete harm, fails to allege the existence of an attorney/client relationship with any Defendant, and fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants Deborah Jean Tomich Daiber, Jane Ellen Tomich, and Tomich Law Firm, LLC (the "Tomich Defendants"), pray that the Court enter an Order denying Plaintiff Lucille Peterson's Motion for Extension to Cure Local Rule 13.05 Submission, to dismiss all of

Plaintiffs' purported claims against Defendants in the Proposed Amended Complaint with prejudice, and for any such other and further relief the Court deems just and proper under the circumstances.

/s/ Peter J. Dunne

Peter J. Dunne, MBE #31482
PITZER SNODGRASS, P.C.
Attorney for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: dunne@pspclaw.com

**Certificate of Service**

I, the undersigned, certify that a copy of the foregoing has been electronically served on all counsel of record via the Missouri eFiling System, or U.S. mail for parties not registered for the Missouri eFiling System, on this 2nd day of November, 2026, to:

Steven Peterson
4600 SW 34th Street
PO Box 141041
Gainesville, FL 32614

and

Lucille Peterson
4600 SW 34th Street
PO Box 141041
Gainesville, FL 32614
*Plaintiffs Pro Se*

/s/ Phillip B. Schatz