**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN PETERSON &<br>LUCILLE PETERSON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 4:26-CV-537-JSD |
| DEBORAH JEAN<br>TOMICH DAIBER et al, | ) | |
| Defendants. | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED** that, pursuant to the Memorandum and Order entered on this date, this case is **DISMISSED**.

**JOSEPH DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 5th day of November, 2026.